Attachment for Civil Cover Sheet

Defendants:

James A. DeRoche, Esq.
Rockefeller Building, 16th Floor
614 S. Superior Avenue
Cleveland, Ohio 44113

And

Wayne D. Porter, Jr., Esq.
1370 Ontario Street, #600
Cleveland, Ohio 44113

John and Jane Doe
Seamon Garson LLC
Rockefeller Building, 16th Floor
614 W. Superior Avenue
Cleveland, Ohio 44113

John or Jane Doe
Law Offices of Wayne Porter, Jr.
1370 Ontario Street, #600
Cleveland, Ohio 44113-1752