UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID CATANZARO, | CASE NO.: 1:13-CV-00996 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | **NOTICE OF APPEARANCE** |
| SEAMAN GARSON LLC/LLP, et al., | |
| Defendants. | |

Now comes counsel for Defendant Wayne D. Porter, Jr., and hereby notifies the Court and all counsel of record that Attorney Thomas S. Mazanec hereby enters his appearance on behalf of said Defendant, and will be the attorney with primary responsibility for this file. Mazanec, Raskin & Ryder Co., L.P.A. respectfully requests that the Court and all counsel direct all notices, pleadings and other communications directly to Thomas S. Mazanec, effective immediately.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Thomas S. Mazanec*
THOMAS S. MAZANEC  (0009050)
ELAINE TSO  (0081474)
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio  44139
(440) 248-7906
(440) 248-8861 - Fax
Email:   tmazanec@mrrlaw.com
         etso@mrrlaw.com

Counsel for Defendant Wayne D. Porter, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 *s/Thomas S. Mazanec*
                                                 THOMAS S. MAZANEC (0009050)
                                                 ELAINE TSO (0081474)

                                                 Counsel for Defendant Wayne D. Porter, Jr.

CNAN-130109/Notice of Appearance