IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO. 1:13-cv-00996-DAP |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL FOR DEFENDANTS |
| SEAMAN GARSON, LLC/LLP, et al. | ) | SEAMAN GARSON, LLC/LLP AND |
| | ) | JAMES A. DEROCHE |
| Defendants | | |

The undersigned firm of attorneys, and in particular, MONICA A. SANSALONE and SHANE A. LAWSON hereby give notice to the Court and counsel of their appearance as counsel for defendants Seaman Garson, LLC/LLP and James A. DeRoche in the within matter. All further pleadings, correspondence and communications should be directed to counsel as follows:

**Monica A. Sansalone, Esq. (#0065143)**
**Shane A. Lawson, Esq. (#0086275)**
GALLAGHER SHARP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
PH: (216) 241-5310 FAX: (216) 241-1608
E-mail: msansalone@gallaghersharp.com
slawson@gallaghersharp.com

This notice of appearance is for the convenience of the Court and counsel and is not to be construed as a waiver of any jurisdictional or any other defenses.

Respectfully submitted,

s/Shane A. Lawson
**MONICA A. SANSALONE (#0016543)**
**SHANE A. LAWSON (#0086275)**
**Gallagher Sharp**
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
PH: (216) 241-5310 FAX: (216) 241-1608
E-mail: msansalone@gallaghersharp.com
Slawson@gallaghersharp.com
*Attorneys for Defendants*
*Seaman Garson, LLC/LLP and James A.*
*DeRoche*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, a copy of the foregoing Notice of Appearance of Counsel on behalf of Seaman Garson, LLC/LLP and James A. DeRoche was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/Shane A. Lawson
**MONICA A. SANSALONE (#0016543)**
**SHANE A. LAWSON (#0086275)**
**Gallagher Sharp**
*Attorneys for Defendants*
*Seaman Garson, LLC/LLP and James A.*
*DeRoche*