# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

DAVID CATANZARO

CIVIL CASE NO.

vs.

JUDGE  DAN A. POLSTER

SEAMAN GARSON LLC/LLP et al.

## PRAECIPE FOR ISSUANCE

- ○ ORIGINAL SUMMONS
- ○ ALIAS SUMMONS
- ○ THIRD PARTY SUMMONS
- ○ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- ○ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- ○ WRIT OF EXECUTION
- ⊗ OTHER (Please Specify)   to serve Statutory Agent

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 6/19/2013

By: MICHAEL P. CASSIDY #0001087

Attorney for Plaintiff