AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| DAVID CATANZARO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13cv996 |
| SEAMON GARSON LLC/LLP, et al. | ) | Judge Polster |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES A. DEROCHE, ESQ.
ROCKEFELLER BUILIDNG, 16TH FLOOR
614 S. SUPERIOR AVENUE
CLEVELAND, OHIO 44113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL P. CASSIDY
CASSIDY & ASSOCIATES
11221 PEARL ROAD
STRONGSVILLE, OHIO 44136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
*CLERK OF COURT*

Date: May 2, 2013

s/Bruce Chancellor
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:13cv996

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James DeRoche
was received by me on *(date)* August 14, 2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified Mail, Service by Clerk on 8/16/2013

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: August 20, 2013

s/Barbara L. Birr
*Server's signature*

Deputy Clerk
*Printed name and title*

801 West Superior Avenue
Cleveland, Ohio 44113
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK
Carl B. Stokes U.S. Courthouse
Northern District
801 West Superior Avenue
Cleveland, Ohio 44113

CATANZARO V. SEAMAN GARSON LLC/LLP et al
1:13-CV-000996

---

1:13cv996

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMES DEROCHE
   Rockefeller Bldg., 16th Floor
   614 W. Superior Avenue
   Cleveland, Ohio 44113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Gina Salvetino
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/16/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0002 0584 2468

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540