UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID CATANZARO, | ) CASE NO.: 1:13-CV-00996 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) **DEFENDANT WAYNE D. PORTER, JR.'S** |
| | ) **MOTION TO ALLOW INSURANCE** |
| SEAMAN GARSON LLC/LLP, et al., | ) **REPRESENTATIVE TO ATTEND CASE** |
| | ) **MANAGEMENT CONFERENCE BY** |
| Defendants. | ) **TELEPHONE** |
| | ) |

Now comes Defendant Wayne D. Porter, Jr., by and through counsel Mazanec, Raskin & Ryder Co., LPA, and hereby respectfully request this Honorable Court for an Order excusing the personal attendance of Defendant's insurance claim representative from the case management conference that is scheduled for October 31, 2013 and allow the representative to attend by phone.

As basis for this motion attorney Mazanec represents to this Honorable Court that up until this past week Belinda Chu of CNA Insurance Company was the authorized insurance representative who Mr. Mazanec was dealing with and was handling this matter. Ms. Chu recently ceased being the representative and Joy Sable who is now the insurance representative also resides out of the local area and has taken over handling of this case.

On behalf of Ms. Sable, Mr. Mazanec would respectfully request that she be permitted to attend the Case Management Conference by telephone since both Mr. Mazanec as well as his client Wayne D. Porter, Jr. will be in attendance and be able to respond to specific inquiries about the merits of the case.

Should settlement discussions ensue then Ms. Sable would be available to participate by phone.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Thomas S. Mazanec*
THOMAS S. MAZANEC (0009050)
ELAINE TSO (0081474)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: tmazanec@mrrlaw.com
etso@mrrlaw.com

Counsel for Defendant Wayne D. Porter, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2013, a copy of the foregoing Defendant's Motion to Allow Insurance Representative to Attend Case Management Conference by Telephone was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Thomas S. Mazanec*
THOMAS S. MAZANEC (0009050)
ELAINE TSO (0081474)

Counsel for Defendant Wayne D. Porter, Jr.

CNAN-130109/Defendant's Motion to Allow Insurance Rep to Attend by Phone