### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **David Catanzaro,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Case No. 1:13-cv-00996** |
| | **:** | |
| **v.** | **:** | **Judge Polster** |
| | **:** | |
| **Seaman Garson LLC/LLP, et al.,** | **:** | **Magistrate Judge White** |
| | **:** | |
| **Defendants.** | **:** | |

### MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF

Plaintiff, David Catanzaro, wishes to substitute Rex H. Elliott, Charles H. Cooper, Jr., and Barton R. Keyes of the Columbus law firm Cooper & Elliott LLC as his counsel of record. Mr. Catanzaro has discharged his former attorney, Michael Cassidy, and retained Cooper & Elliott to represent him in this case.  Both Michael Cassidy and the Cooper & Elliott attorneys have signed this Motion.

Local Rule 83.9 provides that the "attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for the attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court."  Accordingly, Mr. Catanzaro respectfully asks this Court to allow 1) his former attorney, Michael Cassidy, to withdraw as counsel of record, and 2) Messrs. Elliott, Cooper, and Keyes to substitute and appear as counsel of record.  Mr. Catanzaro submits the attached declaration in support of this motion.

Respectfully submitted,


/s/ Rex H. Elliott

| Rex H. Elliott | (0054054) |
|---|---|
| Charles H. Cooper, Jr. | (0037295) |
| Barton R. Keyes | (0083979) |

Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio  43221
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
chipc@cooperelliott.com
bartk@cooperelliott.com

Proposed Substituting Attorneys for Plaintiff
David Catanzaro


/s/ Michael P. Cassidy

Michael P. Cassidy                    (0001087)
Cassidy & Associates
11221 Pearl Road
Strongsville, Ohio 44136
(440) 846-0000 Ext. 222
(440) 846-9770 (Facsimile)

Proposed Withdrawing Attorney for Plaintiff
David Catanzaro

**LOCAL RULE 7.1(f) PAGE LIMIT CERTIFICATION**

This case is not yet assigned to a track.  This Memorandum adheres to the 20 page limit for memoranda in unassigned cases established by Local Rule 7.1(f).


/s/ Rex H. Elliott


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Substitute Counsel

for Plaintiff was filed electronically and served electronically on the following counsel of record,

this 11th day of October, 2013:

| | |
|---|---|
| Monica A. Sansalone, Esq. | Thomas S. Mazanec, Esq. |
| Shane A. Lawson, Esq. | Elaine Tso, Esq. |
| Gallagher Sharp | Mazanec, Raskin & Ryder Co., L.P.A. |
| Sixth Floor - Bulkley Building | 100 Franklin's Row |
| 1501 Euclid Avenue | 34305 Solon Road |
| Cleveland, Ohio  44115 | Cleveland, Ohio  44139 |
| | |
| *Attorneys for Defendants* | *Attorney for Defendant* |
| *Seaman Garson, LLC/LLP and* | *Wayne D. Porter, Jr.* |
| *James A. Deroche* | |


/s/ Rex H. Elliott