IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **David Catanzaro,** | : | |
| Plaintiff, | : | Case No. 1:13-CV-00996 |
| v. | : | Judge Polster |
| **Seaman Garson LLC/LLP, et al.,** | : | Magistrate Judge White |
| Defendants. | : | |

### DECLARATION OF DAVID CATANZARO SUPPORTING MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF

I, David Catanzaro, declare the following under penalty of perjury:

1. I am the plaintiff in this case and I am competent to make this declaration.

2. On October 1, 2013, I formally retained Cooper & Elliott, LLC to represent me in this case. The same day, I notified my former attorney, Michael Cassidy, that I was terminating him as my counsel.

3. I wish for Michael Cassidy to withdraw as my counsel of record and for Rex H. Elliott, Charles H. Cooper, Jr., and Barton R. Keyes to be substituted as my counsel of record in this case.

_David Catanzaro_
David Catanzaro, Plaintiff

Dated: 10-1-13