IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **David Catanzaro,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:13-cv-00996 |
| | : | |
| v. | : | Judge Polster |
| | : | |
| **Seaman Garson LLC/LLP, et al.,** | : | Magistrate Judge White |
| | : | |
| Defendants. | : | |

### RULE 26(A)(1) & (2) INITIAL DISCLOSURES
### OF PLAINTIFF, DAVID CATANZARO

Plaintiff, David Catanzaro, makes the following Rule 26(A)(1) and (2) initial disclosures.

Mr. Catanzaro reserves all objections, including those to relevance or admissibility.

**I.      Rule 26(a)(1): People likely to have discoverable information.**

| Name | Contact Information | Subjects of Information |
|---|---|---|
| David Catanzaro | Contact through counsel only. | All aspects of his claims and potentially information regarding the defendants' affirmative defenses. |
| James DeRoche | Defendants have contact information. | All aspects of Mr. Catanzaro's claims and potentially information regarding the defendants' affirmative defenses. |
| Wayne Porter, Jr. | Defendants have contact information. | All aspects of Mr. Catanzaro's claims and potentially information regarding the defendants' affirmative defenses. |

| Name | Contact Information | Subjects of Information |
|---|---|---|
| Seaman Garson LLC/LLP | Defendants have contact information. | All aspects of Mr. Catanzaro's claims and potentially information regarding the defendants' affirmative defenses. |
| Attorneys who represented Proctor & Gamble and Church & Dwight | Defendants have contact information. | The patent infringement litigation and settlement with Proctor & Gamble and Church & Dwight. |
| United States Patent & Trademark Office | http://www.uspto.gov/patents/contact_patents.jsp | Mr. Catanzaro's patents. |

**II.     Rule 26(a)(2): Documents and tangible things.**

| Description | Location |
|---|---|
| Complete case files for the patent infringement litigation and settlement with Proctor & Gamble and Church & Dwight | In defendants' possession. |
| All communications between the defendants and Mr. Catanzaro, or between the defendants and others regarding Mr. Catanzaro. | In defendants' possession. |
| Documents regarding Mr. Catanzaro's patents. | In the possession of Mr. Catanzaro or his counsel; in the USPTO's online databases. |
| Documents regarding Mr. Catanzaro's settlements with other alleged patent infringers. | In the possession of Mr. Catanzaro or his counsel. |

Respectfully submitted,

/s/ Barton R. Keyes
| | |
|---|---|
| Rex H. Elliott | (0054054) |
| Charles H. Cooper, Jr. | (0037295) |
| Barton R. Keyes | (0083979) |

Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio  43221
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
chipc@cooperelliott.com
bartk@cooperelliott.com

Attorneys for Plaintiff
David Catanzaro

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Rule 26(A)(1) & (2) Initial Disclosures of Plaintiff, David Catanzaro was filed electronically and served electronically on the following counsel of record, this 29th day of October, 2013:

Monica A. Sansalone, Esq.
Tim Brick, Esq.
Shane A. Lawson, Esq.
Gallagher Sharp
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio  44115

*Attorneys for Defendants
Seaman Garson, LLC/LLP and
James A. Deroche*

Thomas S. Mazanec, Esq.
Elaine Tso, Esq.
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio  44139

*Attorney for Defendant
Wayne D. Porter, Jr.*

/s/ Barton R. Keyes

3