IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO. 1:13-cv-00996-DAP |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | DEFENDANTS SEAMAN GARSON, LLC |
| | ) | AND JAMES A. DEROCHE'S NOTICE |
| SEAMAN GARSON, LLC, et al. | ) | OF SERVICE OF RESPONSES TO |
| | ) | PLAINTIFF DAVID CATANZARO'S |
| Defendants | ) | FIRST SET OF INTERROGATORIES, |
| | ) | DOCUMENT REQUESTS, AND |
| | ) | REQUESTS FOR ADMISSION |
| | ) | |

This is to certify that Defendants, James A. DeRoche and Seaman Garson LLC, by and through counsel, served their Responses to Plaintiff's Interrogatories, Requests for Production of Documents and Requests for Admission to Plaintiff upon his attorney by both electronic and regular mail, this 17th day of February, 2014.

Respectfully submitted,

/s/ Shane A. Lawson
MONICA A. SANSALONE (#0016543)
TIMOTHY T. BRICK (#0040526)
SHANE A. LAWSON (#0086275)
**Gallagher Sharp**
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310 Telephone
(216) 241-1608 Telefax
E-mail: msansalone@gallaghersharp.com
tbrick@gallaghersharp.com
slawson@gallaghersharp.com
***Attorneys for Defendants Seaman Garson, LLC and James A. DeRoche***

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via the Court's electronic filing service this 17th day of February, 2014 upon the following:

Rex H. Elliott
Charles H. Cooper, Jr.
Barton R. Keyes
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
***Attorneys for Plaintiff***
***David Catanzaro***

Thomas S. Mazanec, Esq.
Elaine Tso, Esq.
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
***Attorneys for Defendant***
***Wayne D. Porter, Jr.***

Respectfully submitted,

/s/ Shane A. Lawson
**MONICA A. SANSALONE (#0016543)**
**TIMOTHY T. BRICK (#0040526)**
**SHANE A. LAWSON (#0086275)**
**Gallagher Sharp**
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310 Telephone
(216) 241-1608 Telefax
E-mail: msansalone@gallaghersharp.com
tbrick@gallaghersharp.com
slawson@gallaghersharp.com
***Attorneys for Defendants Seaman Garson, LLC and***
***James A. DeRoche***

2