IN THE COURT OF UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION COUNTY, OHIO

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO.: 1:13-CV-00996 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | |
| | ) | **DEFENDANT WAYNE D. PORTER,** |
| SEAMAN GARSON LLC/LLP, et al., | ) | **JR.'S NOTICE OF SERVICE OF** |
| | ) | **RESPONSES TO PLAINTIFF'S FIRST** |
| Defendants. | ) | **SET OF INTERROGATORIES,** |
| | ) | **DOCUMENT REQUESTS AND** |
| | ) | **REQUESTS FOR ADMISSIONS** |
| | ) | |

Now comes Defendant Wayne D. Porter, Jr., by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby gives notice to this Court that Defendant has duly served his Responses to Plaintiff's Interrogatories, Requests for Production of Documents and Requests for Admissions, on March 21, 2014, upon counsel for Plaintiff.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Elaine Tso*
THOMAS S. MAZANEC  (0009050)
ELAINE TSO  (0081474)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   tmazenec@mrrlaw.com
            etso@mrrlaw.com

Counsel for Defendant Wayne D. Porter, Jr.

**CERTIFICATE OF SERVICE**

  A copy of the foregoing Defendant Wayne D. Porter, Jr.'s Notice of Service of Responses to Plaintiff's First Set of Interrogatories, Document Requests and Requests for Admissions was served via the Court's electronic filing service this 21st day of March, 2014 upon the following:

Rex H. Elliot, Esq.
Charles H. Cooper, Esq.
Barton K. Keyes, Esq.
Cooper & Elliot, LLC
2175 Riverside Drive
Columbus, OH 43221

  Counsel for Plaintiff David Catanzaro

Monica A. Sansalone, Esq.
Timothy T. Brick, Esq.
Shane A. Lawson, Esq.
Gallagher Sharp
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115

  Counsel for Defendants Seamon Garson, LLC and James A. DeRoche

                <u>s/Elaine Tso</u>
                THOMAS S. MAZANEC (0009050)
                ELAINE TSO (0081474)

                Counsel for Defendant Wayne D. Porter, Jr.

CNAN-130109/Notice of Service