IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO. 1:13-cv-00996-DAP |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | DEFENDANTS SEAMAN GARSON, |
| | ) | LLC AND JAMES A. DEROCHE'S |
| SEAMAN GARSON, LLC/LLP, et al. | ) | MOTION TO EXCUSE PERSONAL |
| | ) | PARTICIPATION OF JAMES |
| Defendants | ) | DEROCHE ON MAY 20, 2014 |
| | ) | TELEPHONE STATUS CONFERENCE |
| | ) | |

Defendants Seaman Garson, LLC and James A. DeRoche, by and through counsel, hereby respectfully move this Court for an Order excusing the personal participation of Defendant James DeRoche on the telephone status call scheduled for May 20, 2014 and allowing Mr. DeRoche to be represented on the call by counsel.

On May 19, 2014, the Court issued an Order indicating that the respective parties are to participate in the telephone status conference set for May 20 at 11:30 a.m.; based on the original wording of the scheduling order that set the May 20 status call, Mr. DeRoche and his counsel did not realize that the individual parties were to participate in the call in addition to counsel until Mr. DeRoche's counsel spoke with the Court on May 19, 2014 and received the Court's subsequent Order. As a result, Mr. DeRoche is scheduled to be in deposition in Columbus, Ohio at the time of the Court's status call. It is respectfully submitted that counsel for Mr. DeRoche can fully and meaningfully participate in status call on his behalf.

Based on the foregoing, Defendants Seaman Garson, LLC and James A. DeRoche respectfully request that Mr. DeRoche be excused from personally participating in the May 20, 2014 status call, and that the Court allow Mr. DeRoche to be represented on the call by counsel.

Respectfully submitted,

/s/Shane A. Lawson
**MONICA A. SANSALONE (#0016543)**
**SHANE A. LAWSON (#0086275)**
**Gallagher Sharp**
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310 Telephone
(216) 241-1608 Telefax
E-mail: msansalone@gallaghersharp.com
slawson@gallaghersharp.com

*Attorneys for Defendants*
*Seaman Garson, LLC and James A. DeRoche*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                        /s/Shane A. Lawson
                                        **MONICA A. SANSALONE (#0016543)**
                                        **SHANE A. LAWSON (#0086275)**
                                        **Gallagher Sharp**
                                        *Attorneys for Defendants*
                                        *Seaman Garson, LLC and James A. DeRoche*