IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **David Catanzaro,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:13-cv-00996 |
| | : | |
| v. | : | Judge Polster |
| | : | |
| **Seaman Garson LLC/LLP, et al.,** | : | Magistrate Judge White |
| | : | |
| Defendants. | : | |

## STIPULATED EXTENSION OF TIME

Counsel for plaintiff, David Catanzaro, and counsel for defendant, Wayne D. Porter, Jr., hereby stipulate to a 30 day extension of time for plaintiff to respond to defendant Porter's discovery requests.  Plaintiff's responses to defendant Porter's discovery requests are now due July 21, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/ Barton R. Keyes | /s/ Elaine Tso |
| Rex H. Elliott          (0054054) | Thomas S. Mazanec     (0009050) |
| Charles H. Cooper, Jr. (0037295) | Elaine Tso                    (0081474) |
| Barton R. Keyes       (0083979) | Mazanec, Raskin & Ryder Co., L.P.A. |
| Cooper & Elliott, LLC | 100 Franklin's Row |
| 2175 Riverside Drive | 34305 Solon Road |
| Columbus, Ohio  43221 | Cleveland, Ohio  44139 |
| (614) 481-6000 | (440) 248-7906 |
| (614) 481-6001 (Facsimile) | 440-248-8861 (Facsimile) |
| Email:  rexe@cooperelliott.com | Email:  etso@mrrlaw.com |
|            chipc@cooperelliott.com | |
|            bartk@cooperelliott.com | Attorneys for Defendant |
| | Wayne D. Porter, Jr. |
| Attorneys for Plaintiff | |
| David Catanzaro | |

So ordered. /s/Dan Aaron Polster 6/20/14