# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DAVID CATANZARO,** ) | CASE NO. 1:13-cv-00996-DAP |
| ) | |
| **Plaintiff** ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | **JOINT MOTION OF ALL PARTIES TO** |
| **SEAMAN GARSON, LLC/LLP, et al.** ) | **CANCEL DECEMBER 11, 2014** |
| ) | **SETTLEMENT CONFERENCE** |
| **Defendants** ) | |
| ) | |
| ) | |

Plaintiff David Catanzaro and Defendants Seaman Garson, LLC, James A. DeRoche, and Wayne D. Porter, by and through their respective counsel, hereby jointly request that the Court cancel the settlement conference previously set at the parties' request for December 11, 2014. Pursuant to the Court's instruction, the parties have communicated settlement demands and offers and have jointly concluded that settlement is not a realistic possibility at this time. The parties therefore no longer believe a settlement conference would be beneficial. The parties would prefer to proceed with filing dispositive motions.

WHEREFORE, the Plaintiff and all Defendants jointly request that the December 11, 2014 settlement conference be cancelled.

Respectfully submitted,

/s/ Monica A. Sansalone
**MONICA A. SANSALONE (#0016543)**
**SHANE A. LAWSON (#0086275)**
**Gallagher Sharp**
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 Telephone
(216) 241-1608 Telefax
E-mail:  msansalone@gallaghersharp.com
           slawson@gallaghersharp.com
*Attorneys for Defendants*
*Seaman Garson, LLC and James A. DeRoche*


/s/ Joseph J. Triscaro (per consent
**JOSEPH J. TRISCARO (#0081209)**
DeMarco & Triscaro, LTD.
30505 Bainbridge Rd., Ste 110
Solon, OH 44139
PH: 440-248-8811 FAX: 440-248-1599
E-Mail:  jtriscaro@demarcotriscaro.com
*Attorney for Plaintiff David Catanzaro*

/s/ Tom Mazanec  (per consent)
**THOMAS S. MAZANEC (0009050)**
**ELAINE TSO (0081474)**
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio  44139
PH: 440-248-7906 FAX: 440-248-8861
E-Mail: tmazanec@mrrlaw.com
         etso@mrrlaw.com
*Attorneys for Defendant Wayne D. Porter, Jr.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

      /s/Monica A. Sansalone
      **MONICA A. SANSALONE (#0016543)**
      **SHANE A. LAWSON (#0086275)**
      **Gallagher Sharp**
      *Attorneys for Defendants*
      *Seaman Garson, LLC and James A. DeRoche*