UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO.:  1:13-CV-00996 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **JOURNAL ENTRY** |
| SEAMAN GARSON LLC/LLP, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against all Defendants at the cost of said Defendants.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE DAN AARON POLSTER


*s/David Catanzaro*_____          *s/Thomas S. Mazanec*_____
DAVID CATANZARO                              THOMAS S. MAZANEC  (0009050)
286 Upper Powderly Street                    ELAINE TSO (0081474)
Carbondale, PA  18407                        Mazanec, Raskin & Ryder Co., L.P.A.
Email:  davidjosephus@aol.com                100 Franklin's Row
                                             34305 Solon Road
                                             Cleveland, OH 44139
Plaintiff, Pro-Se                            (440) 248-7906
                                             (440) 248-8861 – Fax
                                             Email:  tmazanec@mrrlaw.com
                                                     etso@mrrlaw.com

                                             Counsel for Defendant Wayne D. Porter, Jr.

*s/Shane A. Lawson (via telephone consent 10.14.15)*
MONICA A. SANSALONE (0016543)
SHANE A. LAWSON (0086275)
Gallagher Sharp
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310
(216) 241-1608 – Fax
Email:  msansalone@gallaghersharp.com
slawson@gallaghersharp.com

Attorneys for Defendants Seaman Garson, LLC and James a. DeRoche

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2015, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>*s/Thomas S. Mazanec*</u>
THOMAS S. MAZANEC  (0009050)
ELAINE TSO (0081474)

Counsel for Defendant Wayne D. Porter, Jr.

CNAN-130109/Stipulation for Dismissal