UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CATANZARO, | ) | CASE NO.:  1:13-CV-00996 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **JOURNAL ENTRY** |
| SEAMAN GARSON LLC/LLP, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against all Defendants at the cost of said Defendants.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

/s/Dan Aaron Polster  10/15/15
JUDGE DAN AARON POLSTER


_s/David Catanzaro_
DAVID CATANZARO
286 Upper Powderly Street
Carbondale, PA  18407
Email:  davidjosephus@aol.com

Plaintiff, Pro-Se

_s/Thomas S. Mazanec_
THOMAS S. MAZANEC  (0009050)
ELAINE TSO (0081474)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   tmazanec@mrrlaw.com
         etso@mrrlaw.com

Counsel for Defendant Wayne D. Porter, Jr.

_s/Shane A. Lawson (via telephone consent 10.14.15)_
MONICA A. SANSALONE (0016543)
SHANE A. LAWSON (0086275)
Gallagher Sharp
Sixth Floor-Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310
(216) 241-1608 – Fax
Email:  msansalone@gallaghersharp.com
          slawson@gallaghersharp.com

Attorneys for Defendants Seaman Garson, LLC and
James a. DeRoche